JUDGE McKENNA                    08 CV 3482

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ABEL JIMINEZ,

                        Plaintiff,

      -against-



DOCKET NO.:
APR 10 2008
U.S.D.C. S.D.N.Y.
CASHIERS
RULE 7.1
DISCLOSURE
STATEMENT

AMERICAN AIRLINES, INC.,

                        Defendant.
------------------------------------------------------------------X

      I, David S. Rutherford, attorney for defendant, AMERICAN AIRLINES, INC., having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure identifying any corporate parents, subsidiaries or affiliates of defendant.

| | |
|---|---|
| AMR CORPORATION | AMR TRAINING & CONSULTING GRP |
| AMERICAN AIRLINES FOUNDATION | EAGLE AVIATION LEASING, INC. |
| AURORA INVESTMENTS, INC. | FLAGSHIP AIRLINES, INC. |
| AMR LEASING CORPORATION | EXECUTIVE AIRLINES, INC. |
| AMR POLSKIE USLUGI LOTNISKOWE | MIAMI INTL APT CARGO FACILITY |
| AMR RUNWAY TECHNOLOGIES, INC. | AMR SERVICES SECURITY SERVICE |
| WINGS WEST AIRLINES, INC. | AMR RUNWAY TECHNOLOGIES, INC. |
| SIMMONS AIRLINES, INC. | AMRS FRANCE HOLDING COMPANY |
| AMR SERVICES CORPORATION | SABRE EUROPA, INC. |
| SOCIETE DE FRET ET DE SVCS | SABRE GROUP, INC. |
| AMR SERVICES & LOGISTICS CO. | ENCOMPASS HOLDING, INC. |
| AURORA AIRLINE INVESTMENTS | AMRIS TRAINING SIMULATIONS |
| EAGLE AVIATION LEASING, INC. | AVION ASSURANCE LTD. |
| EAGLE AVIATION SERVICES, INC. | AMR VENTURES, III, INC. |
| CARIBBEAN DATA SERVICES, LTD. | ARM SERVICES DEUTSCHLAND GmbH |
| AMRIS INTERNATIONAL, INC. | INTERNATIONAL GROUND SERVICES |
| TELESERVICE RESOURCES, INC. | AMR SERVICES (UK) LIMITED |
| INVENTORY SUPPORT, INC. | C.R. SMITH MUSEUM FOUNDATION |
| AMR LEASING CORP. | TWO FLAGS LIMITED |
| AMR VENTURES III, INC. | CARGO SERVICES, INC. |

DFW TERMINAL CORP.
AMR SLOT HOLDING, INC.
SST HOLDING, INC.
SST FINANCE, INC.

Dated: New York, New York
       April 10, 2008

                                    Respectfully submitted,

                             **RUTHERFORD & CHRISTIE, LLP**

                             By: _____
                             David S. Rutherford (DR 8564)
                             Attorneys for Defendant,
                             AMERICAN AIRLINES, INC.
                             369 Lexington Avenue, 8th Floor
                             New York, New York 10017
                             (212) 599-5799
                             Our File No.: 3748.322


TO:    DAVID S. KRITZER & ASSOCIATES
         Attorneys for Plaintiff
         ABEL JIMINEZ
         Attn: Brian P. Hickey, Jr.
         187 East Main Street
         Huntington, New York 11743
         (631) 271-4777
         File No.: PI08-60085

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of RULE 7.1 DISCLOSURE STATEMENT were served via regular mail to DAVID S. KRITZER & ASSOCIATES, Attorneys for Plaintiff, Abel Jiminez, with offices located at 187 East Main Street, Huntington, New York 11743 on the 10th day of April, 2008.

RUTHERFORD & CHRISTIE, LLP

By: _____
David S. Rutherford (DR 8564)