UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABEL JIMINEZ,

                    Plaintiff,

      -against-

AMERICAN AIRLINES, INC.,

                    Defendant.
------------------------------------------------------------X

08 CV 3482 (LMM)
SCHEDULING
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

## REPORT OF PARTIES' PLANNING MEETING

    1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on May 7, 2008 and was attended by:

        Brian P. Hickey, Jr. for plaintiff
        David S. Rutherford for defendant

    2.    **Pre-discovery Disclosures.** The parties will exchange by May 22, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

    3.    **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: Liability and Damages

All discovery commenced in time to be completed by October 10, 2008.

Written discovery, including interrogatories and requests for production of documents to be served by each party to any other party by May 29, 2008. Responses due 30 days after service.

Reports from retained experts under Rule 26(a) due:

        from plaintiffs by August 22, 2008
        from defendant by October 3, 2008



4. **Other Items.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in January 2009

Plaintiff(s) should be allowed until August 29, 2008 to join additional parties and to amend the pleadings.

Defendant(s) should be allowed until August 29, 2008 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by November 7, 2008

Settlement cannot be evaluated prior to October 10, 2008

The case should be ready for trial by February 2009 and at this time is expected to take approximately three trial days.

Dated: New York, New York
May 8, 2008

Respectfully submitted,

| DAVID S. KRITZER & ASSOCIATES | RUTHERFORD & CHRISTIE, LLP |
|---|---|
| By: /s/ Brian P. Hickey | By: /s/ L. Diana Mulderig |
| Brian P. Hickey, Esq. (BH 0151) | L. Diana Mulderig, Esq. (LM 9835) |
| Attorneys for Plaintiff | Attorneys for Defendant, |
| 187 East Main Street | 369 Lexington Avenue, 8th Floor |
| Huntington, New York 11743 | New York, New York 10017 |
| (631) 271-4777 | (212) 599-5799 |

So Ordered: /s/ L.M.M.  5/8/08
Hon. Lawrence M. McKenna, U.S.D.J.